IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION
SEPTEMBER 2018 SESSION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 06 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 7:18-CR-000011 |
| | ) | |
| v. | ) | **SUPERSEDING INDICTMENT** |
| | ) | |
| | ) | *In Violation of:* |
| DWIGHT O'SHEA JOHNS | ) | |
| SARAH ELIZABETH REED | ) | Title 21 U.S.C. §846 |
| | ) | |

## COUNT ONE

The Grand Jury charges:

1. That beginning on or about October 2013 and continuing to on or about July 17, 2014, in the Western Judicial District of Virginia and elsewhere, DWIGHT O'SHEA JOHNS and SARAH ELIZABETH REED, the defendants, did knowingly and intentionally combine, conspire, confederate and agree with each other and with other persons, both known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with the intent to distribute 100 grams or more of a measurable quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, the use of which resulted in the death or serious bodily injury of another, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

2. All in violation of Title 21, United States Code, Section 846.

A TRUE BILL, this 6th day of September, 2018.

/s/ Grand Jury Foreperson
FOREPERSON

_____
THOMAS T. CULLEN
UNITED STATES ATTORNEY